**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

Debtor : Amber Griffis
Case No : 26-14533-pmm
Chapter : 7
Petition Date : 10/28/2026
Period : 08/29/2026 through 10/28/2026

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 10/16/2026 | Cerifi LLC | $1,730.77 | $1,477.48 |
| 3 | 10/02/2026 | Cerifi LLC | $1,730.77 | $1,477.48 |
| 4 | 09/18/2026 | Cerifi LLC | $1,730.77 | $1,477.48 |
| 5 | 09/04/2026 | Cerifi LLC | $865.39 | $763.36 |

**Cerifi LLC**
3625 Brookside Pkwy
Ste 450
Alpharetta, GA 30022

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| October 16, 2026 | 38866 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***0249 | 1,477.48 |
| **Total Direct Deposits** | | | **1,477.48** |

156471 10-1-185 677 38866 30751 **156471**

Non Negotiable - This is not a check - Non Negotiable

**Amber Evelyn Griffis**
511 Hanover Street
Bethlehem, PA 18018

**Non Negotiable - This is not a check - Non Negotiable**

## Cerifi LLC

**Amber Evelyn Griffis** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **677** | Fed Taxable Income | **1,730.77** | Check Date | **October 16, 2026** | Voucher Number | **38866** |
| Location | **10-1-185** | Fed Filing Status | **M** | Period Beginning | **October 4, 2026** | Net Pay | **1,477.48** |
| Salary | **$1,730.77** | State Filing Status | **M-0** | Period Ending | **October 17, 2026** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Me | 21.63 | 8.00 | 173.04 | 346.08 |
| Regular | 21.63 | 80.00 | 1,730.77 | 6,057.70 |
| **Gross Earnings** | | **80.00** | **1,730.77** | **6,057.70** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 49.23 | 147.69 |
| MED | 25.10 | 87.85 |
| PA | 53.13 | 185.96 |
| PA-480202 | 17.31 | 60.58 |
| PASUI-E | 1.21 | 4.24 |
| SS | 107.31 | 375.58 |
| **Taxes** | **253.29** | **861.90** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***0249 | 1,477.48 |
| **Total Direct Deposits** | | | **1,477.48** |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.70 | 3.40 |
| ER Cost of | 4.13 | 8.26 |
| ER Cost of | 3.89 | 7.78 |

**Cerifi LLC**
3625 Brookside Pkwy
Ste 450
Alpharetta, GA 30022

paylocity

Direct Deposit Advice

**Check Date**
October 2, 2026

**Voucher Number**
38488

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***0249 | 1,477.48 |
| **Total Direct Deposits** | | | **1,477.48** |

156471 10-1-185 677 38488 30457 **156471**

Non Negotiable - This is not a check - Non Negotiable

**Amber Evelyn Griffis**
511 Hanover Street
Bethlehem, PA 18018

## Non Negotiable - This is not a check - Non Negotiable

## Cerifi LLC

**Amber Evelyn Griffis** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **677** | Fed Taxable Income | **1,730.77** | Check Date | **October 2, 2026** | Voucher Number | **38488** |
| Location | **10-1-185** | Fed Filing Status | **M** | Period Beginning | **September 20, 2026** | Net Pay | **1,477.48** |
| Salary | **$1,730.77** | State Filing Status | **M-0** | Period Ending | **October 3, 2026** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Me | | | | 173.04 |
| Regular | 21.63 | 80.00 | 1,730.77 | 4,326.93 |
| **Gross Earnings** | | **80.00** | **1,730.77** | **4,326.93** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 49.23 | 98.46 |
| MED | 25.10 | 62.75 |
| PA | 53.13 | 132.83 |
| PA-480202 | 17.31 | 43.27 |
| PASUI-E | 1.21 | 3.03 |
| SS | 107.31 | 268.27 |
| **Taxes** | **253.29** | **608.61** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***0249 | 1,477.48 |
| **Total Direct Deposits** | | | **1,477.48** |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 1.70 | 1.70 |
| ER Cost of | 4.13 | 4.13 |
| ER Cost of | 3.89 | 3.89 |

**Cerifi LLC**
3625 Brookside Pkwy
Ste 450
Alpharetta, GA 30022

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| September 18, 2026 | 38109 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***0249 | 1,477.48 |
| **Total Direct Deposits** | | | **1,477.48** |

156471 10-1-185 677 38109 30165 **156471**

Non Negotiable - This is not a check - Non Negotiable

**Amber Evelyn Griffis**
511 Hanover Street
Bethlehem, PA 18018

**Non Negotiable - This is not a check - Non Negotiable**

## Cerifi LLC

**Amber Evelyn Griffis** **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **677** | Fed Taxable Income | **1,730.77** | Check Date | **September 18, 2026** | Voucher Number | **38109** |
| Location | **10-1-185** | Fed Filing Status | **M** | Period Beginning | **September 6, 2026** | Net Pay | **1,477.48** |
| Salary | **$1,730.77** | State Filing Status | **M-0** | Period Ending | **September 19, 2026** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday Me | 21.63 | 8.00 | 173.04 | 173.04 |
| Regular | 21.63 | 80.00 | 1,730.77 | 2,596.16 |
| **Gross Earnings** | | **80.00** | **1,730.77** | **2,596.16** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 49.23 | 49.23 |
| MED | 25.10 | 37.65 |
| PA | 53.13 | 79.70 |
| PA-480202 | 17.31 | 25.96 |
| PASUI-E | 1.21 | 1.82 |
| SS | 107.31 | 160.96 |
| **Taxes** | **253.29** | **355.32** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***0249 | 1,477.48 |
| **Total Direct Deposits** | | | **1,477.48** |

**Cerifi LLC**
3625 Brookside Pkwy
Ste 450
Alpharetta, GA 30022

paylocity

Direct Deposit Advice

| Check Date | Voucher Number |
|---|---|
| September 4, 2026 | 37731 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL A | C | ***0249 | 763.36 |
| **Total Direct Deposits** | | | **763.36** |

156471 10-1-185 677 37731 29879 **156471**

Non Negotiable - This is not a check - Non Negotiable

**Amber Evelyn Griffis**
511 Hanover Street
Bethlehem, PA 18018

**Non Negotiable - This is not a check - Non Negotiable**

## Cerifi LLC

**Amber Evelyn Griffis** — **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **677** | Fed Taxable Income | **865.39** | Check Date | **September 4, 2026** | Voucher Number | **37731** |
| Location | **10-1-185** | Fed Filing Status | **M** | Period Beginning | **August 23, 2026** | Net Pay | **763.36** |
| Salary | **$1,730.77** | State Filing Status | **M-0** | Period Ending | **September 5, 2026** | Total Hours Worked | **40.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | | 40.00 | 865.39 | 865.39 |
| **Gross Earnings** | | **40.00** | **865.39** | **865.39** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| MED | 12.55 | 12.55 |
| PA | 26.57 | 26.57 |
| PA-480202 | 8.65 | 8.65 |
| PASUI-E | 0.61 | 0.61 |
| SS | 53.65 | 53.65 |
| **Taxes** | **102.03** | **102.03** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | C | ***0249 | 763.36 |
| **Total Direct Deposits** | | | **763.36** |