United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-14533-pmm

Amber Evelyn Griffis Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2

Date Rcvd: Oct 29, 2026 Form ID: 309A Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Amber Evelyn Griffis, 511 Hanover St, Bethlehem, PA 18018-5507 |
| 15202311 | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 15202313 | Commonwealth of Pennsylvania, Office of General Counsel, Attn: Bankruptcy, 30 N 3rd St Ste 200, Harrisburg, PA 17101-1715 |
| 15202314 | Commonwealth of Pennsylvania, Office of Attorney General, Attn: Bankruptcy, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15202321 | U.S. Attorney's Office (EDPA), Attn: Civil Process Clerk, 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@assad.law | Oct 30 2026 01:45:00 | MICHAEL I. ASSAD, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002 |
| tr | + | EDI: BRWSEITZER | Oct 30 2026 05:15:00 | ROBERT W. SEITZER, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 30 2026 01:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 30 2026 01:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 30 2026 01:46:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15202309 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2026 01:43:24 | Affirm, Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 15202310 | | EDI: CAPITALONE.COM | Oct 30 2026 05:15:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 15202312 | | EDI: PENNDEPTREV | Oct 30 2026 05:15:00 | Commonwealth of Pennsylvania, Department of Revenue, Attn: Bankruptcy, Department 280946, Harrisburg, PA 17128-0001 |
| 15202315 | | EDI: IRS.COM | Oct 30 2026 05:15:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15202316 | | Email/Text: bankruptcy.us@klarna.com | Oct 30 2026 01:46:00 | Klarna Inc., Attn: Bankruptcy, 800 N High St Ste 400, Columbus, OH 43215-1430 |
| 15202317 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 30 2026 01:46:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St Ste 201, Lincoln, NE 68508-1922 |
| 15202318 | | EDI: AGFINANCE.COM | Oct 30 2026 05:15:00 | OneMain Financial Group LLC, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 15202319 | | Email/Text: recovery@paypal.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 30 2026 01:45:00 | PayPal, Attn: Bankruptcy, 2211 N 1st St, San Jose, CA 95131-2021 |
| 15202320 | | EDI: SALLIEMAEBANK.COM | Oct 30 2026 05:15:00 | Sallie Mae Bank Inc., Attn: Bankruptcy, 300 Continental Dr #4322, Newark, DE 19713-4329 |
| 15202322 | | Email/Text: edbknotices@ecmc.org | Oct 30 2026 01:45:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 15202323 | ^ | MEBN | Oct 30 2026 01:22:58 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15202324 | | Email/Text: UpStart@ebn.phinsolutions.com | Oct 30 2026 01:46:00 | Upstart, Attn: Bankruptcy, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15202325 | ^ | MEBN | Oct 30 2026 01:23:06 | Venmo, Attn: Bankruptcy, 117 Barrow St, New York, NY 10014-2826 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Amber Evelyn Griffis<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–8588 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7 10/28/26 |
| Case number: | 26–14533–pmm | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

****Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.****

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Amber Evelyn Griffis | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 511 Hanover St<br>Bethlehem, PA 18018–5507 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL I. ASSAD<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Contact phone 609–808–3300<br><br>Email: mike@assad.law |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT W. SEITZER<br>1900 Spruce Street<br>Philadelphia, PA 19103 | Contact phone 215–510–7508<br><br>Email: rseitzer@karalislaw.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 10/29/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 7, 2026 at 09:40 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (445) 205–3833, Enter Meeting ID 491 091 4076, and Passcode 6690263125**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 2/5/27 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |